PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH NATH SHRESTHA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:23-CV-01733-TLN-CKD<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

　　　The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's I-485 application for permanent residence status, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in December 2020. In August 2023, USCIS issued a request for evidence ("RFE") to Plaintiff. Once USCIS receives the RFE response, the parties anticipate that USCIS will be able to proceed to complete the adjudication of Plaintiff's application, which is expected to render this action moot.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 30, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  August 31, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ MALEEHA HAQ
MALEEHA HAQ
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: September 1, 2023

Troy L. Nunley
United States District Judge

2